M.D. Appeal Dkt.
47 MAP 2019

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 69 MAL 2019
                                    :
             Petitioner                :
                                    : Petition for Allowance of Appeal from
                                    : the Order of the Superior Court
          v.                       :
                                    :
                                    :
MICHAEL A. LEHMAN, : 
                                    :
             Respondent          :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 25th day of June, 2019, the Petition for Allowance of Appeal is

**GRANTED**.  The issue as stated by petitioner is:

Whether the Pennsylvania Superior Court erred as a matter of law by holding that the costs relating to contested expert testimony in a contested resentencing do not constitute costs of prosecution under 16 P.S. §1403,[1] and are ineligible for imposition upon a defendant reimbursement as part of a sentence as a matter of law rather than the sentencing court's discretion[?]